UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

MICHAEL ANDREW KITCHEN-BEY,

        Plaintiff,                        Case No.  2:91-CV-230

v.                                      Hon. Gordon J. Quist

JOHN W. HAWLEY, et al.,

        Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on February 23, 2011.  The Report and Recommendation was duly served on Plaintiff on February 23, 2011.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed February 23, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel Performance Of Settlement Agreement(s) (docket no. 147) is **DENIED** for lack of jurisdiction.


Dated:  March 18, 2011                         _____/s/ Gordon J. Quist_____
                                            GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE